**KURZBAN KURZBAN WEINGER AND TETZELI, P.A.**

48422

NOT NEGOTIABLE

| DATE | DESCRIPTION | INVOICE # | AMOUNT | DEDUCTION | NET AMOUNT |
|------|-------------|-----------|--------|-----------|------------|
| CLERK U.S. DISTRICT COURT | | | CHECK | | |
| 06/24/08 | FILING FEES RE MARAZUL CHARTERS | 97.51 | 350.00 | | 350.00 |

| CHECK DATE | CONTROL NUMBER | | Gross: | | Ded: | | Net: | |
|------------|----------------|--|--------|--|------|--|------|--|
| 06/24/08 | 48422 | TOTALS ▶ | | 350.00 | | 0.00 | | 350.00 |

---

48422

**KURZBAN KURZBAN WEINGER AND TETZELI, P.A.**
OFFICE ACCOUNT
2650 S.W. 27TH AVENUE
MIAMI, FL 33133
(305) 444-0060

**EAGLE**
**NATIONAL BANK OF MIAMI**
MIAMI, FLORIDA 33132
63-634-660

NOT NEGOTIABLE

| DATE | CHECK | AMOUNT |
|------|-------|--------|
| 06/24/08 | | ****$350.00 |

*** THREE HUNDRED FIFTY & 00/100 DOLLARS

PAY
TO THE
ORDER
OF:    CLERK U.S. DISTRICT COURT

0509191/12-01

⑆048422⑈ ⑆066006349⑆ 0312818406⑈

---

**KURZBAN KURZBAN WEINGER AND TETZELI, P.A.**

48422

NOT NEGOTIABLE

🖬 DELUXE BUSINESS FORMS  1+800-328-0304  www.deluxeforms.com

**CIVIL PROCESS, LLC.**
**2655 S. LeJeune Road**
**Suite 325**
**Coral Gables, FL 33134**
**Phone: (305) 375-9111**
**Fax: (305) 444-0454**

# INVOICE

**Invoice #2008002409**
**7/3/2008**

**Original Date: 6/30/2008**

Steven Murray Weinger, Esq.
KURZBAN, KURZBAN, WEINGER & TETZELI, P.A
2650 S.W. 27th Avenue
2nd Floor
Miami, FL 33133

Your Contact: Lilly
**Case Number: SOUTHERN 08-21865 CIV GOLD**

Plaintiff:
**ABC CHARTERS INC., A FLORIDA CORPORATION**

Defendant:
**CHARLES H. RBONSON IN HIS OFFICIAL CAPACITY**

Received: 6/30/2008  Served: 6/30/2008 3:20 pm  .AUTHORIZED
To be served on: CHARLES H. BRONSON IN HIS OFFICIAL CAPACITY AS COMMISSION OF THE FLORIDA
DEPT. OF AGRICULTURE AND CONSUMER SERVICES

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|-----------|----------|-------|--------|
| TALLAHASSEE | 1.00 | 175.00 | 175.00 |
| SCANNING OF DOCUMENTS | 1.00 | 150.00 | 150.00 |
| COPIES | 1.00 | 58.97 | 58.97 |
| COURIER  COPY TO AG | 1.00 | 75.00 | 75.00 |
| WAITING TIME/WAIVED | 1.00 | 0.00 | 0.00 |

| TOTAL CHARGED: | $458.97 |
|---------------|---------|

| **BALANCE DUE:** | **$458.97** |
|------------------|-------------|

ATTENTION:  PLEASE FORWARD THIS INVOICE TO THE ACCOUTING DEPT

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2w



| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 2-799-17446 | Jul 08, 2008 | 1084-9320-8 | 4 of 7 |

## FedEx Express Shipment Detail By Payor Type (Original)

**Dropped off: Jun 27, 2008**  **Cust. Ref.: McKenzie 4744 - 5**  **Ref.#2:**
**Payor: Shipper**  **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 28.00% to this shipment.
- Distance Based Pricing, Zone 4
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
- The package weight exceeds the maximum for the packaging type, therefore, FedEx Pak was rated as Customer Packaging.

| | | | | |
|---|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** | |
| Tracking ID | 799875008602 | Nicolas Chancy | Hon. Thomas K. Kahn, Clerk | |
| Service Type | FedEx Priority Overnight | Kurzban Kurzban Weinger & Tetz | US Court Appeals for 11 Circui | |
| Package Type | Customer Packaging | 2750 SW 27 Ave | 56 FORSYTH ST NW | |
| Zone | 04 | COCONUT GROVE FL 33133 US | ATLANTA GA 30303 US | |
| Packages | 1 | | | |
| Rated Weight | 14.0 lbs, 6.4 kgs | | | |
| Delivered | Jun 30, 2008 08:27 | Transportation Charge | | 72.40 |
| Svc Area | A1 | Fuel Surcharge | | 18.24 |
| Signed by | B.GREEN | Automation Bonus Discount | | -7.24 |
| FedEx Use | 000000000/0001530/_ | **Total Charge** | **USD** | **$83.40** |

**Dropped off: Jun 30, 2008**  **Cust. Ref.: 362-1**  **Ref.#2:**
**Payor: Shipper**  **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 28.00% to this shipment.
- Incorrect recipient address.
- Distance Based Pricing, Zone 6
- Package sent from: 33134 zip code
- 1st attempt Jul 01, 2008 at 09:41 AM.
- Original address - 515 MADISON AVE/NEW YORK, NY 10022-5403

| | | | | |
|---|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** | |
| Tracking ID | 799876214161 | Nicolas Chancy | Michael D. Patrick. Esq. | |
| Service Type | FedEx Priority Overnight | Kurzban Kurzban Weinger & Tetz | Fragomen, Del Rey, Bernsen & L | |
| Package Type | FedEx Envelope | 2650 SW 27 Ave | 7 HANOVER SQ | |
| Zone | 06 | COCONUT GROVE FL 33133 US | NEW YORK CITY NY 10004 US | |
| Packages | 1 | | | |
| Rated Weight | N/A | Transportation Charge | | 22.05 |
| Delivered | Jul 02, 2008 09:16 | Address Correction | | 10.00 |
| Svc Area | A1 | Fuel Surcharge | | 5.56 |
| Signed by | L.MOIR | Automation Bonus Discount | | -2.21 |
| FedEx Use | 000000000/0000230/_ | **Total Charge** | **USD** | **$35.40** |

**Dropped off: Jun 30, 2008**  **Cust. Ref.: 97.51**  **Ref.#2:**
**Payor: Shipper**  **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 28.00% to this shipment.
- Distance Based Pricing, Zone 4
- Package sent from: 33134 zip code
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
- The package weight exceeds the maximum for the packaging type, therefore, FedEx Pak was rated as Customer Packaging.

| | | | | |
|---|---|---|---|---|
| Automation | USAB | **Sender** | **Recipient** | |
| Tracking ID | 861051121359 | IRA J KURZLEAN ESQ | CHARLES H BRONSEN | |
| Service Type | FedEx Priority Overnight | KURZBAN KURZBAN WEINGER ETAL | DEPARTMENT OF AGEICWTURE | |
| Package Type | Customer Packaging | 2650 SW 27TH AVE FL 2 | 2005 APALOCHEE PKWY | |
| Zone | 04 | MIAMI FL 33133-3003 US | TALLAHASSEE FL 32399 US | |
| Packages | 1 | | | |
| Rated Weight | 5.0 lbs, 2.3 kgs | | | |
| Delivered | Jul 01, 2008 10:07 | | | |
| Svc Area | A2 | Transportation Charge | | 43.50 |
| Signed by | R.BUSH | Fuel Surcharge | | 12.18 |
| FedEx Use | 018211290/0001530/_ | **Total Charge** | **USD** | **$55.68** |



| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 2-799-17446 | Jul 08, 2008 | 1084-9320-8 | 5 of 7 |

**Dropped off:** Jun 30, 2008     **Cust. Ref:** 97-51     **Ref.#2:**
**Payor:** Shipper     **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 28.00% to this shipment.
- Distance Based Pricing, Zone 4
- Package sent from: 33134 zip code
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
- The package weight exceeds the maximum for the packaging type, therefore, FedEx Pak was rated as Customer Packaging.

| | | | |
|---|---|---|---|
| Automation | USAB | **Sender** | **Recipient** |
| Tracking ID | 861051121360 | IRAJ KURZBAN | BILL MCCULLON |
| Service Type | FedEx Priority Overnight | KURZBAN KURZBAN WEINGER ETAL | ATTORNEY GENERAL OF HE STATE O |
| Package Type | Customer Packaging | 2650 SW 27TH AVE FL 2 | THE CAPITAL PL-02 |
| Zone | 04 | MIAMI FL 33133-3003 US | TALLAHASSEE FL 32399 US |
| Packages | 1 | | |
| Rated Weight | 5.0 lbs, 2.3 kgs | | |
| Delivered | Jul 01, 2008 08:56 | Transportation Charge | 43.50 |
| Svc Area | A2 | Fuel Surcharge | 12.18 |
| Signed by | M.CONYERS | **Total Charge**      USD | **$55.68** |
| FedEx Use | 018211290/0001530/_ | | |

**Dropped off:** Jul 01, 2008     **Cust. Ref:** 362-1     **Ref.#2:**
**Payor:** Shipper     **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 28.00% to this shipment.
- Distance Based Pricing, Zone 8
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
- The package weight exceeds the maximum for the packaging type, therefore, FedEx Pak was rated as Customer Packaging.

| | | | |
|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** |
| Tracking ID | 790537017130 | Nicolas Chancy | R. Boswell & Karen Musalo |
| Service Type | FedEx 2Day | Kurzban Kurzban Weinger & Tetz | UC/Hastings College of Law |
| Package Type | Customer Packaging | 2650 SW 27 Ave | 200 McAllister St |
| Zone | 08 | COCONUT GROVE FL 33133 US | SAN FRANCISCO CA 94102 US |
| Packages | 1 | | |
| Rated Weight | 4.0 lbs, 1.8 kgs | | |
| Delivered | Jul 03, 2008 09:31 | Transportation Charge | 22.55 |
| Svc Area | A1 | Fuel Surcharge | 5.68 |
| Signed by | .TRAN | Automation Bonus Discount | -2.26 |
| FedEx Use | 000000000/0006112/_ | **Total Charge**      USD | **$25.97** |

**Dropped off:** Jul 01, 2008     **Cust. Ref:** 97-51     **Ref.#2:**
**Payor:** Shipper     **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 28.00% to this shipment.
- Distance Based Pricing, Zone 4

| | | | |
|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** |
| Tracking ID | 791097306069 | Nicolas Chancy | Charlie Crist, Governor |
| Service Type | FedEx Priority Overnight | Kurzban Kurzban Weinger & Tetz | Office of Governor Charlie Cri |
| Package Type | FedEx Envelope | 2650 SW 27 Ave | State of Florida, PL-05 The Ca |
| Zone | 04 | COCONUT GROVE FL 33133 US | TALLAHASSEE FL 32399 US |
| Packages | 1 | | |
| Rated Weight | N/A | | |
| Delivered | Jul 02, 2008 08:31 | Transportation Charge | 20.35 |
| Svc Area | A2 | Automation Bonus Discount | -2.04 |
| Signed by | R.TUTTLE | Fuel Surcharge | 5.13 |
| FedEx Use | 000000000/0000208/_ | **Total Charge**      USD | **$23.44** |

**Picked up:** Jul 01, 2008     **Cust. Ref:** MCKENZIE EVERTON     **Ref.#2:**
**Payor:** Shipper     **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 28.00% to this shipment.
- Distance Based Pricing, Zone 4
- Package sent from: 30312 zip code
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
- The package weight exceeds the maximum for the packaging type, therefore, FedEx Envelope was rated as Customer Packaging.

| | | | |
|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** |
| Tracking ID | 792077594112 | Nicolas Chancy | GEOFFREY A HOFFMAN, ESQ. |
| Service Type | FedEx Express Saver | Kurzban Kurzban Weinger & Tetz | KKWT |
| Package Type | Customer Packaging | 2650 SW 27 Ave | 2650 SW 27TH AVE STE 200 |
| Zone | 04 | COCONUT GROVE FL 33133 US | COCONUT GROVE FL 33133 US |
| Packages | 1 | | |
| Rated Weight | 3.0 lbs, 1.4 kgs | | |

Continued on next page



| Invoice Number | Invoice Date | Account Number |
|---|---|---|
| 2-824-47984 | Jul 22, 2008 | 1084-9320-8 |

**Dropped off:** Jul 16, 2008     **Cust. Ref.:** 97-51     **Ref.#2:**
**Payor:** Shipper     **Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 32.50% to this shipment.
- Distance Based Pricing, Zone 4

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | INET | Nicolas Chancy | Louis E. Stolba, Sr Attorney | |
| Tracking ID | 799353370376 | Kurzban Kurzban Weinger & Tetz | Office of General Counsel | |
| Service Type | FedEx Priority Overnight | 2650 SW 27 Ave | 2005 Apalachee Parkway | |
| Package Type | FedEx Envelope | COCONUT GROVE FL 33133 US | TALLAHASSEE FL 32301 US | |
| Zone | 04 | | | |
| Packages | 1 | | | |
| Rated Weight | N/A | | | |
| Delivered | Jul 17, 2008 09:57 | Transportation Charge | | 20.35 |
| Svc Area | A2 | Fuel Surcharge | | 5.95 |
| Signed by | R.BUSH | Automation Bonus Discount | | -2.04 |
| FedEx Use | 000000000/0000208/_ | **Total Charge** | **USD** | **$24.26** |

**Dropped off:** Jul 17, 2008     **Cust. Ref.:** 36-119 Grove H-1B     **Ref.#2:**
**Payor:** Shipper     **Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 32.50% to this shipment.
- Distance Based Pricing, Zone 6
- Package sent from: 33134 zip code
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
- The package weight exceeds the maximum for the packaging type, therefore, FedEx Pak was rated as Customer Packaging.

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | INET | Nicolas Chancy | USDHS USCIS Vermont Service Ce | |
| Tracking ID | 791106994584 | Kurzban Kurzban Weinger & Tetz | Premium Processing Service | |
| Service Type | FedEx Priority Overnight | 2650 SW 27 Ave | 30 HOUGHTON ST | |
| Package Type | Customer Packaging | COCONUT GROVE FL 33133 US | SAINT ALBANS VT 05478 US | |
| Zone | 06 | | | |
| Packages | 1 | | | |
| Rated Weight | 4.0 lbs, 1.8 kgs | Transportation Charge | | 48.55 |
| Delivered | Jul 18, 2008 10:56 | Fuel Surcharge | | 14.69 |
| Svc Area | AM | Delivery Area Surcharge-Commercial | | 1.50 |
| Signed by | A.STANLEY | Automation Bonus Discount | | -4.86 |
| FedEx Use | 000000000/0001574/_ | **Total Charge** | **USD** | **$59.88** |

**Dropped off:** Jul 17, 2008     **Cust. Ref.:** SWNRISEON 320194     **Ref.#2:**
**Payor:** Shipper     **Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 32.50% to this shipment.
- Distance Based Pricing, Zone 2

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | USAB | HELENOTICAL ESQ | WAST PALM BEACH COURTHOUSE | |
| Tracking ID | 861051121326 | KURZBAN KURZBAN WEINGER ETAL | 205 NORTH DR RHWY | |
| Service Type | FedEx Priority Overnight | 2650 SW 27TH AVE FL 2 | WEST PALM BEACH FL 33401 US | |
| Package Type | FedEx Envelope | MIAMI FL 33133-3003 US | | |
| Zone | 02 | | | |
| Packages | 1 | | | |
| Rated Weight | N/A | | | |
| Delivered | Jul 18, 2008 09:41 | | | |
| Svc Area | AA | Transportation Charge | | 15.35 |
| Signed by | D.CLAR | Fuel Surcharge | | 4.99 |
| FedEx Use | 019915227/0000186/_ | **Total Charge** | **USD** | **$20.34** |

| | | |
|---|---|---|
| **Shipper Subtotal** | **USD** | **$700.15** |
| **Total FedEx Express** | **USD** | **$700.15** |

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

INVOICE NO: 02102729

**MAKE CHECKS PAYABLE TO:**

Ira Jay Kurzban
Kurzban Kurzban Weinger & Tetzeli
2650 SW 27 Ave., 2nd Floor
Miami, FL 33133

Phone: (305) 444-0060
FAX: (305) 444-3503

ira@kkwtlaw.com

Joseph A. Millikan, FCRR-CM
Official Court Reporter
400 N. Miami Avenue, Rm. 11S67
Miami, FL 33128

Phone: (305) 523-5588
FAX (305) 523-5589

jamillikan@aol.com · DUNS: 137575770

| | | |
|---|---|---|
| [x] CRIMINAL   [ ] CIVIL | DATE ORDERED: 07-08-2008 | DATE DELIVERED: 07-14-2008 |

**Case Style:** 08-21865, ABC Charters v Charles H. Bronson
Transcript of Proceedings before Hon. Alan S. Gold, United States District Judge, on 07.01.08

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | 50 | 4.02 | 201.00 | | | | | | | 201.00 |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. Desc. | | | | | | | MISC. CHARGES: | | | |
| | | | | | | | TOTAL: | | | 201.00 |
| | | | | | LESS DISCOUNT FOR LATE DELIVERY | | | | | |
| | | | | | | | TAX (If Applicable): | | | |
| | | | | | LESS AMOUNT OF DEPOSIT: | | | | | |
| | | | | | | | TOTAL REFUND: | | | |
| Date Paid: | | Amt: | | | | | TOTAL DUE: | | | $201.00 |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE _Joseph A. Millikan_

DATE 07.21.08

(All previous editions of this form are cancelled and should be destroyed)

**Dropped off:** Jul 22, 2008    **Cust. Ref:** 320.0144 Sun Opp v CWPB    **Ref.#2:**
**Payor:** Shipper    **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 32.50% to this shipment.
- Distance Based Pricing, Zone 2

| | | | |
| --- | --- | --- | --- |
| Automation | INET | **Sender** | **Recipient** |
| Tracking ID | 790056547642 | Lilliam Vargas | Maggie Cruz |
| Service Type | FedEx Priority Overnight | KKWT | City of West Palm Beach |
| Package Type | FedEx Envelope | 2650 SW 27th Ave | 200 2nd Street |
| Zone | 02 | COCONUT GROVE FL 33133 US | WEST PALM BEACH FL 33401 US |
| Packages | 1 | | |
| Rated Weight | N/A | | |
| Delivered | Jul 23, 2008 10:16 | Transportation Charge | 15.35 |
| Svc Area | AA | Fuel Surcharge | 4.49 |
| Signed by | G.JUDGE | Automation Bonus Discount | -1.54 |
| FedEx Use | 000000000/0000186/_ | **Total Charge**    USD | **$18.30** |

**Dropped off:** Jul 22, 2008    **Cust. Ref:** 97-51    **Ref.#2:**
**Payor:** Shipper    **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 32.50% to this shipment.
- Distance Based Pricing, Zone 4

| | | | |
| --- | --- | --- | --- |
| Automation | INET | **Sender** | **Recipient** |
| Tracking ID | 790056901126 | Nicolas Chancy | Tallahassee Office of Senator |
| Service Type | FedEx Priority Overnight | Kurzban Kurzban Weinger & Tetz | Senate Office Building |
| Package Type | FedEx Envelope | 2650 SW 27 Ave | 404 S MONROE ST ROOM 316 |
| Zone | 04 | COCONUT GROVE FL 33133 US | TALLAHASSEE FL 32399 US |
| Packages | 1 | | |
| Rated Weight | N/A | | |
| Delivered | Jul 23, 2008 09:03 | Transportation Charge | 20.35 |
| Svc Area | A2 | Automation Bonus Discount | -2.04 |
| Signed by | R.TUTTLE | Fuel Surcharge | 5.95 |
| FedEx Use | 000000000/0000208/_ | **Total Charge**    USD | **$24.26** |

**Dropped off:** Jul 22, 2008    **Cust. Ref:** 362-1    **Ref.#2:**
**Payor:** Shipper    **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 32.50% to this shipment.
- Distance Based Pricing, Zone 4

| | | | |
| --- | --- | --- | --- |
| Automation | INET | **Sender** | **Recipient** |
| Tracking ID | 790548688880 | Nicolas Chancy | Jessica Dodson, Executive Assi |
| Service Type | FedEx Priority Overnight | Kurzban Kurzban Weinger & Tetz | LL-08 |
| Package Type | FedEx Envelope | 2650 SW 27 Ave | The Capitol |
| Zone | 04 | COCONUT GROVE FL 33133 US | TALLAHASSEE FL 32399 US |
| Packages | 1 | | |
| Rated Weight | N/A | | |
| Delivered | Jul 23, 2008 09:03 | Transportation Charge | 20.35 |
| Svc Area | A2 | Automation Bonus Discount | -2.04 |
| Signed by | R.TUTTLE | Fuel Surcharge | 5.95 |
| FedEx Use | 000000000/0000208/_ | **Total Charge**    USD | **$24.26** |

**Dropped off:** Jul 22, 2008    **Cust. Ref:** 97-51    **Ref.#2:**
**Payor:** Shipper    **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 32.50% to this shipment.
- Distance Based Pricing, Zone 2

| | | | |
| --- | --- | --- | --- |
| Automation | INET | **Sender** | **Recipient** |
| Tracking ID | 790548851811 | Nicolas Chancy | District Office of Rep Rivera |
| Service Type | FedEx Priority Overnight | Kurzban Kurzban Weinger & Tetz | Collier County Admin Bldg |
| Package Type | FedEx Envelope | 2650 SW 27 Ave | 3301 E Tamiami Trail |
| Zone | 02 | COCONUT GROVE FL 33133 US | NAPLES FL 34112 US |
| Packages | 1 | | |
| Rated Weight | N/A | | |
| Delivered | Jul 23, 2008 10:40 | Transportation Charge | 15.35 |
| Svc Area | A5 | Fuel Surcharge | 4.49 |
| Signed by | S.MUMMERT | Automation Bonus Discount | -1.54 |
| FedEx Use | 000000000/0000186/_ | **Total Charge**    USD | **$18.30** |



**Dropped off:** Jul 22, 2008     **Cust. Ref.:** NO REFERENCE INFORMATION     **Ref.#2:**
**Payor:** Shipper     **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 32.50% to this shipment.
- Distance Based Pricing, Zone 2

| | | Sender | Recipient | |
| --- | --- | --- | --- | --- |
| Automation | INET | Lilliam Vargas | Mayor Lois Frankel | |
| Tracking ID | 791932348110 | KKWT | City of West Palm Beach | |
| Service Type | FedEx Priority Overnight | 2650 SW 27th Ave | 200 2nd Street | |
| Package Type | FedEx Envelope | COCONUT GROVE FL 33133 US | WEST PALM BEACH FL 33401 US | |
| Zone | 02 | | | |
| Packages | 1 | | | |
| Rated Weight | N/A | | | |
| Delivered | Jul 23, 2008 10:19 | Transportation Charge | | 15.35 |
| Svc Area | AA | Fuel Surcharge | | 4.49 |
| Signed by | L.SCHAFER | Automation Bonus Discount | | -1.54 |
| FedEx Use | 000000000/0000186/_ | **Total Charge** | **USD** | **$18.30** |

**Dropped off:** Jul 22, 2008     **Cust. Ref.:** 320.0144     **Ref.#2:**
**Payor:** Shipper     **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 32.50% to this shipment.
- Distance Based Pricing, Zone 2

| | | Sender | Recipient | |
| --- | --- | --- | --- | --- |
| Automation | INET | Lilliam Vargas | Charles Wu | |
| Tracking ID | 791932354778 | KKWT | City of West Palm Beach | |
| Service Type | FedEx Standard Overnight | 2650 SW 27th Ave | 200 2nd St Fl 5 | |
| Package Type | FedEx Envelope | COCONUT GROVE FL 33133 US | WEST PALM BEACH FL 33401 US | |
| Zone | 02 | | | |
| Packages | 1 | | | |
| Rated Weight | N/A | | | |
| Declared Value | USD 1.00 | Transportation Charge | | 13.25 |
| Delivered | Jul 23, 2008 14:10 | Declared Value Charge | | 0.00 |
| Svc Area | AA | Automation Bonus Discount | | -1.33 |
| Signed by | G.JUDGE | Fuel Surcharge | | 3.87 |
| FedEx Use | 000000000/0000200/_ | **Total Charge** | **USD** | **$15.79** |

**Dropped off:** Jul 22, 2008     **Cust. Ref.:** 97-51     **Ref.#2:**
**Payor:** Shipper     **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 32.50% to this shipment.
- Incorrect recipient address.
- Distance Based Pricing, Zone 2
- 1st attempt Jul 23, 2008 at 09:42 AM.

| | | Sender | Recipient | |
| --- | --- | --- | --- | --- |
| Automation | INET | Nicolas Chancy | Representative Eduardo Gonzale | |
| Tracking ID | 791932514380 | Kurzban Kurzban Weinger & Tetz | 11300 NW 87TH CT STE 164 | |
| Service Type | FedEx Priority Overnight | 2650 SW 27 Ave | HIALEAH FL 33018 US | |
| Package Type | FedEx Envelope | COCONUT GROVE FL 33133 US | | |
| Zone | 02 | | | |
| Packages | 1 | | | |
| Rated Weight | N/A | | | |
| Delivered | Jul 23, 2008 11:50 | Transportation Charge | | 15.35 |
| Svc Area | A2 | Automation Bonus Discount | | -1.54 |
| Signed by | V.LLENERAS | Fuel Surcharge | | 4.49 |
| FedEx Use | 000000000/0000186/_ | **Total Charge** | **USD** | **$18.30** |

**Dropped off:** Jul 22, 2008     **Cust. Ref.:** 97-51     **Ref.#2:**
**Payor:** Shipper     **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 32.50% to this shipment.
- Distance Based Pricing, Zone 3

| | | Sender | Recipient | |
| --- | --- | --- | --- | --- |
| Automation | INET | Nicolas Chancy | Senator Carey Baker | |
| Tracking ID | 791932595898 | Kurzban Kurzban Weinger & Tetz | 301 WEST WARD AVE | |
| Service Type | FedEx Priority Overnight | 2650 SW 27 Ave | EUSTIS FL 32726 US | |
| Package Type | FedEx Envelope | COCONUT GROVE FL 33133 US | | |
| Zone | 03 | | | |
| Packages | 1 | | | |
| Rated Weight | N/A | | | |
| Delivered | Jul 23, 2008 10:36 | Transportation Charge | | 18.00 |
| Svc Area | A5 | Automation Bonus Discount | | -1.80 |
| Signed by | R.STRONG | Fuel Surcharge | | 5.27 |
| FedEx Use | 000000000/0000197/_ | **Total Charge** | **USD** | **$21.47** |

**...ed off:** Jul 22, 2008  **Cust. Rel.:** 97-51  **Ref.#2:**
**...r: Shipper**  **Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 32.50% to this shipment.
- Distance Based Pricing, Zone 4

| | | | |
|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** |
| Tracking ID | 798483957400 | Nicolas Chancy | Capitol Office Rep Eduardo Gon |
| Service Type | FedEx Priority Overnight | Kurzban Kurzban Weinger & Tetz | 1101 THE CAPITOL |
| Package Type | FedEx Envelope | 2650 SW 27 Ave | 402 S MONROE ST |
| Zone | 04 | COCONUT GROVE FL 33133 US | TALLAHASSEE FL 32399 US |
| Packages | 1 | | |
| Rated Weight | N/A | | |
| Delivered | Jul 23, 2008 09:03 | Transportation Charge | 20.35 |
| Svc Area | A2 | Fuel Surcharge | 5.95 |
| Signed by | R.TUTTLE | Automation Bonus Discount | -2.04 |
| FedEx Use | 000000000/0000208/_ | **Total Charge** USD | **$24.26** |

**Dropped off:** Jul 22, 2008  **Cust. Rel.:** 97-51  **Ref.#2:**
**Payor: Shipper**  **Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 32.50% to this shipment.
- Distance Based Pricing, Zone 4

| | | | |
|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** |
| Tracking ID | 798983764282 | Nicolas Chancy | Capitol Office of Rep Rivera |
| Service Type | FedEx Priority Overnight | Kurzban Kurzban Weinger & Tetz | 422 The Capitol |
| Package Type | FedEx Envelope | 2650 SW 27 Ave | 402 South Monroe Street |
| Zone | 04 | COCONUT GROVE FL 33133 US | TALLAHASSEE FL 32399 US |
| Packages | 1 | | |
| Rated Weight | N/A | | |
| Delivered | Jul 23, 2008 09:03 | Transportation Charge | 20.35 |
| Svc Area | A2 | Automation Bonus Discount | -2.04 |
| Signed by | R.TUTTLE | Fuel Surcharge | 5.95 |
| FedEx Use | 000000000/0000208/_ | **Total Charge** USD | **$24.26** |

**Dropped off:** Jul 22, 2008  **Cust. Rel.:** 320.0144  **Ref.#2:**
**Payor: Shipper**  **Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 32.50% to this shipment.
- Distance Based Pricing, Zone 2

| | | | |
|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** |
| Tracking ID | 799355490410 | Lilliam Vargas | Edward Mitchell |
| Service Type | FedEx Standard Overnight | KKWT | City of West Palm Beach |
| Package Type | FedEx Envelope | 2650 SW 27th Ave | 200 2ND ST FL 5 |
| Zone | 02 | COCONUT GROVE FL 33133 US | WEST PALM BEACH FL 33401 US |
| Packages | 1 | | |
| Rated Weight | N/A | | |
| Delivered | Jul 23, 2008 14:11 | Transportation Charge | 13.25 |
| Svc Area | AA | Automation Bonus Discount | -1.33 |
| Signed by | L.SCHAEFER | Fuel Surcharge | 3.87 |
| FedEx Use | 000000000/0000200/_ | **Total Charge** USD | **$15.79** |

**Dropped off:** Jul 22, 2008  **Cust. Rel.:** 97-51  **Ref.#2:**
**Payor: Shipper**  **Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 32.50% to this shipment.
- Distance Based Pricing, Zone 2

| | | | |
|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** |
| Tracking ID | 799885237226 | Nicolas Chancy | Representative David Rivera |
| Service Type | FedEx Priority Overnight | Kurzban Kurzban Weinger & Tetz | 2450 SW 137TH AVE STE 205 |
| Package Type | FedEx Envelope | 2650 SW 27 Ave | MIAMI FL 33175 US |
| Zone | 02 | COCONUT GROVE FL 33133 US | |
| Packages | 1 | | |
| Rated Weight | N/A | | |
| Delivered | Jul 23, 2008 09:44 | Transportation Charge | 15.35 |
| Svc Area | A2 | Automation Bonus Discount | -1.54 |
| Signed by | M.ARMENTEROS | Fuel Surcharge | 4.49 |
| FedEx Use | 000000000/0000186/_ | **Total Charge** USD | **$18.30** |

**CIVIL PROCESS, LLC.**
**2655 S. LeJeune Road**
**Suite 325**
**Coral Gables, FL 33134**
**Phone: (305) 375-9111**
**Fax: (305) 444-0454**

# INVOICE

Invoice #2008002860
8/7/2008

Steven Murray Weinger, Esq.
KURZBAN, KURZBAN, WEINGER & TETZELI, P.A
2650 S.W. 27th Avenue
2nd Floor
Miami, FL 33133

Your Contact: Lilly
**Case Number: SOUTHERN 08-21865 CIV GOLD**

Plaintiff:
**ABC CHARTERS INC., A FLORIDA CORPORATION**

Defendant:
**CHARLES H. RBONSON IN HIS OFFICIAL CAPACITY**

Received: 8/6/2008   Served: 8/6/2008 5:06 pm .AUTHORIZED
To be served on: DAVID RIVERA

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Subpoena - Dade | 1.00 | 55.00 | 55.00 |
| TOTAL CHARGED: | | | $55.00 |

**BALANCE DUE:** $55.00

ATTENTION:  PLEASE FORWARD THIS INVOICE TO THE ACCOUTING DEPT

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2w

CIVIL PROCESS, LLC.
2655 S. LeJeune Road
Suite 325
Coral Gables, FL 33134
Phone: (305) 375-9111
Fax: (305) 444-0454

# INVOICE

Invoice #2008002861
8/7/2008

Steven Murray Weinger, Esq.
KURZBAN, KURZBAN, WEINGER & TETZELI, P.A
2650 S.W. 27th Avenue
2nd Floor
Miami, FL 33133

Your Contact: Lilly
**Case Number: SOUTHERN 08-21865 CIV GOLD**

Plaintiff:
**ABC CHARTERS INC., A FLORIDA CORPORATION**

Defendant:
**CHARLES H. RBONSON IN HIS OFFICIAL CAPACITY**

Received: 8/6/2008   Served: 8/6/2008 4:10 pm  .AUTHORIZED
To be served on: MARCO RUBIO

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Subpoena - Dade | 1.00 | 55.00 | 55.00 |
| TOTAL CHARGED: | | | $55.00 |

**BALANCE DUE:** **$55.00**

ATTENTION:  PLEASE FORWARD THIS INVOICE TO THE ACCOUTING DEPT

Copyright © 1992-2016 Database Services, Inc. - Process Server's Toolbox V6.2w

| Account Number | Bill Clos Date | Payment Due |
|---|---|---|
| 059 309 1566 001 | 7/18/08 | 8/18/08 |

 at&t

KURZBAN,KURZBAN,WEINGER AND     REF # 305 444 0060

**AT&T Business Service**

For Billing Inquiries   1 800 847-3595
To Place an Order   1 800 222-0400
For Repair Service   1 800 222-3000

| Total Current Charges | | Account Status | |
|---|---|---|---|
| LONG DISTANCE CHARGES | | PREVIOUS BALANCE | .00 |
|   DOMESTIC OPERATOR HANDLED | 406.00 | TOTAL CURRENT CHARGES | $550.20 |
| TOTAL LONG DISTANCE CHARGES | $406.00 | TOTAL AMOUNT DUE | $550.20 |
| TOTAL SURCHARGES | 72.90 | | |
| TOTAL TAXES | 71.30 | | |
| TOTAL CURRENT CHARGES | $550.20 | | |

## ****IMPORTANT MESSAGES ABOUT YOUR ACCOUNT****

**Account Status**

Please submit all telephone line or calling card additions, deletions or changes directly to AT&T, by calling the billing inquiry number on the first page of your bill.

---

**Just For Your Business**

AT&T EP5962 5.8GHz Digital 2-Line Corded/Cordless Answering System

Looking for a complete phone system for your home?  The AT&T EP5962 gives you the convenience of two phone lines in both a corded and cordless phone all in one.  With Caller ID and speakerphones on the handset and base, you will now have the ultimate home phone system.  The cordless handset comes with a 50 name and number directory and Caller ID history.  The digital answering system provides a full 25 minutes of recording time and can be accessed remotely when you are away from home.  Order the EP5962 for $199.95 and enjoy free shipping on this product until August 31st, 2008 by using the promotional code: A2XLP180.
Visit us at http://www.telephones.att.com to order AT&T phones and accessories.

*See next page for more news!*

PLEASE MAKE CHECKS PAYABLE TO AT&T AND INCLUDE YOUR ACCOUNT NUMBER ON PAYMENT
MAKE SURE THAT THE AT&T P.O. BOX ADDRESS SHOWS THROUGH THE ENVELOPE WINDOW.
AT&T WILL NO LONGER REPLY TO COMMENTS ON THIS DOCUMENT. SUBMIT ALL CORRESPONDENCE TO www.att.com/customercare


at&t

## KURZBAN,KURZBAN,WEINGER AND
REF # 305 444 0060

### Surcharges

| ITEM | EXPLANATION | CHARGES | |
|---|---|---|---|
| | SURCHARGES BILLED TO: 0593091566001 | | |
| | LONG DISTANCE | | |
| 1 | UNIVERSAL CONNECTIVITY CHARGE | 46.73 | |
| 2 | ADMINISTRATIVE EXPENSE FEE | 3.61 | |
| 3 | PROPERTY TAX ALLOTMENT | 10.17 | |
| 4 | FEDERAL REGULATORY FEE | 8.44 | |
| | CARRIER LINE ASSESSMENT | | |
| 5 | 1 SINGLE LINE(S) AT 3.95 | 3.95 | |
| | TOTAL LONG DISTANCE SURCHARGES: | | $72.90 |
| | TOTAL BILLED TO: 0593091566001 | | $72.90 |
| | TOTAL SURCHARGES: | | $72.90 |

### Taxes

| ITEM | EXPLANATION | CHARGES | |
|---|---|---|---|
| | CHARGES BILLED TO: 0593091566001 | | |
| | LONG DISTANCE | | |
| 6 | FL STATE COMM SERVICES TAX | 43.91 | |
| 7 | FL LOCAL CST INTERSTATE | 27.39 | |
| | TOTAL LONG DISTANCE TAXES: | | $71.30 |
| | TOTAL BILLED TO: 0593091566001 | | $71.30 |
| | TOTAL TAXES: | | $71.30 |

### Call Detail

| No | Date | Time | Place | Area/Number | Mins | Call Type | Rate Period | Amount |
|---|---|---|---|---|---|---|---|---|
| | LONG DISTANCE CALLS | | | *Liliana Vargas* | | | | |
| | LONG DISTANCE CHARGES BILLED TO: 059 309 1566 001 | | | | | | | |
| | LONG DISTANCE CALLS BILLED TO: 305 444-0060 | | | | | | | |
| 8. | MAY 12 | 1:15P | TO DIAL CONF | 700 455-2222 | 425 | OBS | DAY | 406.00 |
| | | | FR KSCY AGTC MO | 700 455-1313 | | | | |

| TOTAL CHARGES | $406.00 |
|---|---|
| TOTAL AT&T CALL CHARGES | $406.00 |

*→ re 97-51  5 people on Conference call*

*1 minute (logged in)*
*139 minutes*
*139 minutes*
*73 minutes*
*73 minutes*
*425 minutes*



## FedEx Express Shipment Detail By Payor Type (Original)

**Dropped off:** Aug 15, 2008    **Cust. Ref.:** 97.0051    **Ref.#2:**
**Payor:** Shipper    **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 34.50% to this shipment.
- Distance Based Pricing, Zone 4

| | | | | |
| --- | --- | --- | --- | --- |
| Automation | INET | **Sender** | **Recipient** | |
| Tracking ID | 790069708629 | Nicolas Chancy | Records Management Liaison | |
| Service Type | FedEx Standard Overnight | Kurzban Kurzban Weinger & Tetz | Bureau of Archives | |
| Package Type | FedEx Envelope | 2650 SW 27 Ave | 500 S BRONOUGH ST | |
| Zone | 04 | COCONUT GROVE FL 33133 US | TALLAHASSEE FL 32399 US | |
| Packages | 1 | | | |
| Rated Weight | N/A | | | |
| Delivered | Aug 18, 2008 09:00 | Transportation Charge | | 18.35 |
| Svc Area | A2 | Automation Bonus Discount | | -1.84 |
| Signed by | R.MURPHREE | Fuel Surcharge | | 5.70 |
| FedEx Use | 000000000/0000222/_ | **Total Charge** | **USD** | **$22.21** |

**Dropped off:** Aug 15, 2008    **Cust. Ref.:** 4570-2    **Ref.#2:**
**Payor:** Shipper    **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 34.50% to this shipment.
- Distance Based Pricing, Zone 2
- Package sent from: 33040 zip code

| | | | | |
| --- | --- | --- | --- | --- |
| Automation | INET | **Sender** | **Recipient** | |
| Tracking ID | 799364054942 | Nicolas Chancy | Carmen Arce, Esq. | |
| Service Type | FedEx Standard Overnight | Kurzban Kurzban Weinger & Tetz | Kurzban Kurzban Weinger & Tetz | |
| Package Type | FedEx Envelope | 2650 SW 27 Ave | 2650 SW 27TH AVE FL 2 | |
| Zone | 02 | COCONUT GROVE FL 33133 US | COCONUT GROVE FL 33133 US | |
| Packages | 1 | | | |
| Rated Weight | N/A | | | |
| Delivered | Aug 18, 2008 09:43 | Transportation Charge | | 13.25 |
| Svc Area | A2 | Automation Bonus Discount | | -1.33 |
| Signed by | E.DESULME | Fuel Surcharge | | 4.11 |
| FedEx Use | 000000000/0000200/_ | **Total Charge** | **USD** | **$16.03** |

**Dropped off:** Aug 18, 2008    **Cust. Ref.:** Salcedo, C. # 2745-16    **Ref.#2:**
**Payor:** Shipper    **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 34.50% to this shipment.
- Distance Based Pricing, Zone 6

| | | | | |
| --- | --- | --- | --- | --- |
| Automation | INET | **Sender** | **Recipient** | |
| Tracking ID | 798497640285 | Nicolas Chancy | USCIS Vermont Service Center | |
| Service Type | FedEx 2Day | Kurzban Kurzban Weinger & Tetz | 75 Lower Welden Street | |
| Package Type | FedEx Box | 2650 SW 27 Ave | ST ALBANS VT 05479 US | |
| Zone | 06 | COCONUT GROVE FL 33133 US | | |
| Packages | 1 | | | |
| Rated Weight | 7.0 lbs, 3.2 kgs | | | |
| Delivered | Aug 20, 2008 11:51 | Transportation Charge | | 28.05 |
| Svc Area | AM | Automation Bonus Discount | | -2.81 |
| Signed by | A.STANLEY | Fuel Surcharge | | 8.71 |
| FedEx Use | 000000000/0006068/_ | **Total Charge** | **USD** | **$33.95** |

**Dropped off:** Aug 18, 2008    **Cust. Ref.:** 4301-1    **Ref.#2:**
**Payor:** Shipper    **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 34.50% to this shipment.
- Distance Based Pricing, Zone 8
- Package Delivered to Recipient Address - Release Authorized
- The package weight exceeds the maximum for the packaging type, therefore, FedEx Pak was rated as FedEx Pak.

| | | | |
| --- | --- | --- | --- |
| Automation | USAB | **Sender** | **Recipient** |
| Tracking ID | 866827351584 | MARVIN KERZBAN | ROBERT WINER MD |
| Service Type | FedEx Priority Overnight | KURZBAN KURZBAN WEINGER ETAL | - |
| Package Type | FedEx Pak | 2650 SW 27TH AVE FL 2 | 6309 E ELIOT ST |
| Zone | 08 | MIAMI FL 33133-3003 US | LONG BEACH CA 90803 US |
| Packages | 1 | | |

Continued on next page

**KURZBAN KURZBAN WEINGER AND TETZELI, P.A.**

48809

| DATE | DESCRIPTION | INVOICE # | CHECK AMOUNT | DEDUCTION | NET AMOUNT |
|------|-------------|-----------|--------------|-----------|------------|
| JOSEPH A. MILLIKAN, FCRR-CM | | | | | |
| 09/10/08 | TRANSCRIPT COPY RE MARAZUL | 97.51 | 22.80 | | 22.80 |

NOT NEGOTIABLE

| CHECK DATE | CONTROL NUMBER | TOTALS ▶ | Gross: | 22.80 | Ded: | 0.00 | Net: | 22.80 |
|------------|----------------|----------|--------|-------|------|------|------|-------|
| 09/10/08 | 48809 | | | | | | | |

48809

**KURZBAN KURZBAN WEINGER AND TETZELI, P.A.**
OFFICE ACCOUNT
2650 S.W. 27TH AVENUE
MIAMI, FL 33133
(305) 444-0060

EAGLE
NATIONAL BANK OF MIAMI
MIAMI, FLORIDA 33132
63-634-660

| DATE | CHECK | AMOUNT |
|------|-------|--------|
| 09/10/08 | | *****$22.80 |

*** TWENTY-TWO & 80/100 DOLLARS

PAY
TO THE
ORDER
OF: JOSEPH A. MILLIKAN, FCRR-CM

NOT NEGOTIABLE

⑈048809⑈ ⑆066006349⑆03128418406⑈

**KURZBAN KURZBAN WEINGER AND TETZELI, P.A.**

48809

NOT NEGOTIABLE

DELUXE BUSINESS FORMS  1+800-328-0304  www.deluxeforms.com

CIVIL PROCESS, LLC.
2655 S. LeJeune Road
Suite 325
Coral Gables, FL 33134
Phone: (305) 375-9111
Fax: (305) 444-0454

# INVOICE

Invoice #2008003353
9/26/2008

Original Date: 9/18/2008

Steven Murray Weinger, Esq.
KURZBAN, KURZBAN, WEINGER & TETZELI, P.A
2650 S.W. 27th Avenue
2nd Floor
Miami, FL 33133

Your Contact: Lilly
Case Number: SOUTHERN 08-21865 CIV GOLD

Plaintiff:
**ABC CHARTERS INC., A FLORIDA CORPORATION**

Defendant:
**CHARLES H. BRONSON IN HIS OFFICIAL CAPACITY**

Received: 9/12/2008   Served: 9/12/2008 2:55 pm .GOVERNMENT AGENCY
To be served on: RC/ RECORD MANAGER FLORIDA DEPT. OF AGRICULTURE AND CONSUMER SERVICES

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Other Florida Cities/TALLAHASSEE/RUSH | 1.00 | 175.00 | 175.00 |
| FedEx Overnight | 1.00 | 21.00 | 21.00 |
| TOTAL CHARGED: | | | $196.00 |
| BALANCE DUE: | | | $196.00 |

ATTENTION: PLEASE FORWARD THIS INVOICE TO THE ACCOUTING DEPT

Copyright © 1992-2008 Database Services, Inc. - Process Server's Toolbox V6.2w

CIVIL PROCESS, LLC.
2655 S. LeJeune Road
Suite 325
Coral Gables, FL 33134
Phone: (305) 375-9111
Fax: (305) 444-0454

# INVOICE

Invoice #2008003354
9/26/2008

Original Date: 9/18/2008

Steven Murray Weinger, Esq.
KURZBAN, KURZBAN, WEINGER & TETZELI, P.A
2650 S.W. 27th Avenue
2nd Floor
Miami, FL 33133

Your Contact: Lilly
**Case Number: SOUTHERN 08-21865 CIV GOLD**

Plaintiff:
**ABC CHARTERS INC., A FLORIDA CORPORATION**

Defendant:
**CHARLES H. BRONSON IN HIS OFFICIAL CAPACITY**

Received: 9/12/2008   Served: 9/12/2008 2:10 pm .GOVERNMENT AGENCY
To be served on: RC/ RECORD MANAGER OFFICE OF GOVERNOR CHARLIE CRIST STATE OF FLORIDA

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Other Florida Cities/TALLAHASSEE/RUSH | 1.00 | 125.00 | 125.00 |
| TOTAL CHARGED: | | | $125.00 |

| | |
|---|---|
| BALANCE DUE: | $125.00 |

ATTENTION: PLEASE FORWARD THIS INVOICE TO THE ACCOUTING DEPT

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2w

CIVIL PROCESS, LLC.
2655 S. LeJeune Road
Suite 325
Coral Gables, FL 33134
Phone: (305) 375-9111
Fax: (305) 444-0454

# INVOICE

Invoice #2008003355
9/26/2008

Original Date: 9/18/2008

Steven Murray Weinger, Esq.
KURZBAN, KURZBAN, WEINGER & TETZELI, P.A
2650 S.W. 27th Avenue
2nd Floor
Miami, FL 33133

Your Contact: Lilly
**Case Number: SOUTHERN 08-21865 CIV GOLD**

Plaintiff:
**ABC CHARTERS INC., A FLORIDA CORPORATION**

Defendant:
**CHARLES H. BRONSON IN HIS OFFICIAL CAPACITY**

Received: 9/12/2008   Served: 9/12/2008 2:35 pm  .GOVERNMENT AGENCY
To be served on: RC/ RECORD MANAGER FLORIDA SENATE DIVISION OF LEGISLATIVE INFORMATION
SERVICES

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Other Florida Cities/TALLAHASSEE/RUSH | 1.00 | 125.00 | 125.00 |
| TOTAL CHARGED: | | | $125.00 |

**BALANCE DUE:**                                                                                      $125.00

ATTENTION:  PLEASE FORWARD THIS INVOICE TO THE ACCOUTING DEPT

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2w

CIVIL PROCESS, LLC.
2655 S. LeJeune Road
Suite 325
Coral Gables, FL 33134
Phone: (305) 375-9111
Fax: (305) 444-0454

# INVOICE

Invoice #2008003356
9/26/2008

Original Date: 9/18/2008

Steven Murray Weinger, Esq.
KURZBAN, KURZBAN, WEINGER & TETZELI, P.A
2650 S.W. 27th Avenue
2nd Floor
Miami, FL 33133

Your Contact: Lilly
**Case Number: SOUTHERN 08-21885 CIV GOLD**

Plaintiff:
**ABC CHARTERS INC., A FLORIDA CORPORATION**

Defendant:
**CHARLES H. BRONSON IN HIS OFFICIAL CAPACITY**

Received: 9/12/2008   Served: 9/12/2008 2:25 pm  .GOVERNMENT AGENCY
To be served on: RC/ RECORD MANAGER HOUSE OF REPRESENTATIVES

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Other Florida Cities/TALLAHASSEE/RUSH | 1.00 | 125.00 | 125.00 |
| TOTAL CHARGED: | | | $125.00 |

| | | | |
|---|---|---|---|
| BALANCE DUE: | | | $125.00 |

ATTENTION:  PLEASE FORWARD THIS INVOICE TO THE ACCOUTING DEPT

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2w



| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 2-928-57106 | Sep 23, 2008 | 1084-9320-8 | 5 of 8 |

**Dropped off:** Sep 15, 2008    **Cust. Ref:** 4130-1    **Ref.#2:**
**Payor:** Shipper    **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 34.50% to this shipment.
- The delivery commitment for FedEx 2Day to residences (including home offices) is 7 P.M. the second business day for A1, A2, AA, A3, A4, A5, A6, AM, PM, and RM service areas.
- Distance Based Pricing, Zone 3
- Package Delivered to Recipient Address - Release Authorized

| | | | | |
|---|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** | |
| Tracking ID | 791950712256 | Nicolas Chancy | Mr. Frank Amini | |
| Service Type | FedEx 2Day | Kurzban Kurzban Weinger & Tetz | 3447 PHEASANT CT | |
| Package Type | FedEx Envelope | 2650 SW 27 Ave | MELBOURNE FL 32935 US | |
| Zone | 03 | COCONUT GROVE FL 33133 US | | |
| Packages | 1 | | | |
| Rated Weight | N/A | Transportation Charge | | 10.10 |
| Delivered | Sep 17, 2008 11:13 | Residential Delivery | | 2.30 |
| Svc Area | A4 | Fuel Surcharge | | 3.93 |
| Signed by | 9999999999999 | Automation Bonus Discount | | -1.01 |
| FedEx Use | 000000000/0001109/02 | **Total Charge** | **USD** | **$15.32** |

**Dropped off:** Sep 15, 2008    **Cust. Ref:** 3991-4    **Ref.#2:**
**Payor:** Shipper    **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 34.50% to this shipment.
- Distance Based Pricing, Zone 6
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
- The package weight exceeds the maximum for the packaging type, therefore, FedEx Envelope was rated as FedEx Pak.

| | | | | |
|---|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** | |
| Tracking ID | 798011270626 | Nicolas Chancy | USCIS Texas Service Center | |
| Service Type | FedEx Standard Overnight | Kurzban Kurzban Weinger & Tetz | ATTN: I-140 Portability | |
| Package Type | FedEx Pak | 2650 SW 27 Ave | 4141 N SAINT AUGUSTINE DR | |
| Zone | 06 | COCONUT GROVE FL 33133 US | DALLAS TX 75227 US | |
| Packages | 1 | | | |
| Rated Weight | 1.0 lbs, 0.5 kgs | Transportation Charge | | 31.45 |
| Delivered | Sep 16, 2008 08:41 | Automation Bonus Discount | | -3.15 |
| Svc Area | A2 | Fuel Surcharge | | 9.76 |
| Signed by | D.SCHULTZ | **Total Charge** | **USD** | **$38.06** |
| FedEx Use | 000000000/0001371/_ | | | |

**Dropped off:** Sep 15, 2008    **Cust. Ref:** RE & PERSONAL    **Ref.#2:**
**Payor:** Shipper    **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 34.50% to this shipment.
- Distance Based Pricing, Zone 2

| | | | | |
|---|---|---|---|---|
| Automation | USAB | **Sender** | **Recipient** | |
| Tracking ID | 866835870434 | JED KURRBAM ESQUIRE | ERIC GOLDMAN ESQ | |
| Service Type | FedEx Priority Overnight | KURZBAN KURZBAN WEINGER ETAL | LANDER AND GOLDMAN | |
| Package Type | FedEx Envelope | 2650 SW 27TH AVE FL 2 | 315 S E 7TH ST THE ADVOCATE FL | |
| Zone | 02 | MIAMI FL 33133-3003 US | FORT LAUDERDALE FL 33301 US | |
| Packages | 1 | | | |
| Rated Weight | N/A | | | |
| Delivered | Sep 16, 2008 09:17 | | | |
| Svc Area | A1 | Transportation Charge | | 15.35 |
| Signed by | B.HORTON | Fuel Surcharge | | 5.30 |
| FedEx Use | 025911998/0000186/_ | **Total Charge** | **USD** | **$20.65** |

**Dropped off:** Sep 16, 2008    **Cust. Ref:** 97-51    **Ref.#2:**
**Payor:** Shipper    **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 34.50% to this shipment.
- Distance Based Pricing, Zone 4
- Package sent from: 33134 zip code
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
- The package weight exceeds the maximum for the packaging type, therefore, FedEx Envelope was rated as FedEx Pak.

| | | | | |
|---|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** | |
| Tracking ID | 790578155898 | Nicolas Chancy | Jeremiah M. Hawkes, Esq. | |
| Service Type | FedEx Priority Overnight | Kurzban Kurzban Weinger & Tetz | Florida House of Representativ | |
| Package Type | FedEx Pak | 2650 SW 27 Ave | 402 S MONROE ST | |
| Zone | 04 | COCONUT GROVE FL 33133 US | TALLAHASSEE FL 32399 US | |
| Packages | 1 | | | |
| Rated Weight | 2.0 lbs, 0.9 kgs | | | |
| Delivered | Sep 17, 2008 09:05 | Transportation Charge | | 33.20 |

Continued on next page





| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 2-928-57106 | Sep 23, 2008 | 1084-9320-8 | 6 of 6 |

Tracking ID: 790578155898 continued

| | | | |
|---|---|---|---|
| Svc Area | A2 | Fuel Surcharge | 10.31 |
| Signed by | R.TUTTLE | Automation Bonus Discount | -3.32 |
| FedEx Use | 000000000/0001530/_ | **Total Charge** USD | **$40.19** |

**Dropped off: Sep 16, 2008**     **Cust. Ref.: 97-51**     **Ref.#2:**
**Payor: Shipper**     **Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 34.50% to this shipment.
- Distance Based Pricing, Zone 4
- Package sent from: 33134 zip code
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
- The package weight exceeds the maximum for the packaging type, therefore, FedEx Envelope was rated as FedEx Pak.

| | | | | |
|---|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** | |
| Tracking ID | 799374902745 | Nicolas Chancy | Eric H. Miller, Esq. | |
| Service Type | FedEx Priority Overnight | Kurzban Kurzban Weinger & Tetz | Dept of Agriculture & Consumer | |
| Package Type | FedEx Pak | 2650 SW 27 Ave | 2005 APALACHEE PKWY | |
| Zone | 04 | COCONUT GROVE FL 33133 US | TALLAHASSEE FL 32301 US | |
| Packages | 1 | | | |
| Rated Weight | 2.0 lbs, 0.9 kgs | Transportation Charge | | 33.20 |
| Delivered | Sep 17, 2008 09:48 | Fuel Surcharge | | 10.31 |
| Svc Area | A2 | Automation Bonus Discount | | -3.32 |
| Signed by | R.ROBINSON | **Total Charge** | USD | **$40.19** |
| FedEx Use | 000000000/0001530/_ | | | |

**Dropped off: Sep 16, 2008**     **Cust. Ref.: 4301-1**     **Ref.#2:**
**Payor: Shipper**     **Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 34.50% to this shipment.
- Distance Based Pricing, Zone 6
- Package Delivered to Recipient Address - Release Authorized

| | | | | |
|---|---|---|---|---|
| Automation | USAB | **Sender** | **Recipient** | |
| Tracking ID | 866827352043 | JED KURZBAN | HENRY RINDER M D | |
| Service Type | FedEx Priority Overnight | KURZBAN KURZBAN WEINGER ETAL | 19 GREEN LN | |
| Package Type | FedEx Box | 2650 SW 27TH AVE FL 2 | DURHAM CT 06422 US | |
| Zone | 06 | MIAMI FL 33133-3003 US | | |
| Packages | 1 | | | |
| Rated Weight | 1.0 lbs, 0.5 kgs | Transportation Charge | | 35.50 |
| Delivered | Sep 17, 2008 10:39 | Fuel Surcharge | | 13.04 |
| Svc Area | AA | Residential Delivery | | 2.30 |
| Signed by | 9999999999999 | **Total Charge** | USD | **$50.84** |
| FedEx Use | 026014946/0001574/02 | | | |

**Dropped off: Sep 16, 2008**     **Cust. Ref.: 4301-1**     **Ref.#2:**
**Payor: Shipper**     **Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 34.50% to this shipment.
- Distance Based Pricing, Zone 8
- Package Delivered to Recipient Address - Release Authorized

| | | | | |
|---|---|---|---|---|
| Automation | USAB | **Sender** | **Recipient** | |
| Tracking ID | 866827352054 | JED KURZBAN | ROBERT L WINER M D | |
| Service Type | FedEx Priority Overnight | KURZBAN KURZBAN WEINGER ETAL | 6309 E ELIOT ST | |
| Package Type | FedEx Box | 2650 SW 27TH AVE FL 2 | LONG BEACH CA 90803 US | |
| Zone | 08 | MIAMI FL 33133-3003 US | | |
| Packages | 1 | | | |
| Rated Weight | 1.0 lbs, 0.5 kgs | Transportation Charge | | 38.65 |
| Delivered | Sep 17, 2008 08:58 | Fuel Surcharge | | 14.13 |
| Svc Area | A2 | Residential Delivery | | 2.30 |
| Signed by | 9999999999999 | **Total Charge** | USD | **$55.08** |
| FedEx Use | 026014946/0001618/02 | | | |



Tracking ID: 866835870478 continued

| | | | | |
|---|---|---|---|---|
| Signed by | K.RAULERSON | Fuel Surcharge | | 10.14 |
| FedEx Use | 026215354/0001530/_ | **Total Charge** | USD | **$39.54** |

| | | |
|---|---|---|
| | **Shipper Subtotal** USD | **$485.30** |

**Dropped off:** Sep 17, 2008     **Cust. Ref.:** NO REFERENCE INFORMATION     **Ref.#2:**
**Payor:** Recipient     **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 34.50% to this shipment.
- Distance Based Pricing, Zone 4

| | | | | |
|---|---|---|---|---|
| Automation | USAB | **Sender** | **Recipient** | |
| Tracking ID | 862682498408 | JEREMIAH M HAUKES | HELENA M TETZELI ESQ | |
| Service Type | FedEx Priority Overnight | FLORIDA LEGISLATURE OLS | KURZBAN KURZHANI WEINGER AND T | |
| Package Type | FedEx Pak | 400 S MONROE ST/CAPITOL LL20 | 2650 SW 27TH AVE 2TH FL | |
| Zone | 04 | TALLAHASSEE FL 32399 US | COCONUT GROVE FL 33133 US | |
| Packages | 1 | | | |
| Rated Weight | 2.0 lbs, 0.9 kgs | | | |
| Declared Value | USD 100.00 | | | |
| Delivered | Sep 18, 2008 09:42 | Transportation Charge | | 33.20 |
| Svc Area | A2 | Declared Value Charge | | 0.00 |
| Signed by | E.DESULME | Fuel Surcharge | | 11.45 |
| FedEx Use | 026113785/0001530/_ | **Total Charge** | USD | **$44.65** |

| | | |
|---|---|---|
| | **Recipient Subtotal** USD | **$44.65** |
| | **Total FedEx Express** USD | **$529.95** |