UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 08-21865-CIV-GOLD/MCALILEY

ABC CHARTERS, INC., *et. al.*,

     Plaintiffs,

v.

CHARLES H. BRONSON, in his
official capacity as Commissioner of
Agriculture,

     Defendant.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS [DE 131] ON PLAINTIFFS' VERIFIED MOTION FOR ATTORNEYS' FEES, COSTS AND EXPENSES [DE 121, 122] AND PLAINTIFFS' BILL OF COSTS [DE 123]

THIS CAUSE is before the Court on the above-referenced motions **[DE 121, 122, 123]**, which matters were previously referred to Magistrate Judge Chris McAliley for report and recommendation. On March 16, 2010, Judge McAliley issued a report and recommendation on the Motions **[DE 131]**. Having reviewed the record in conjunction with the thorough and well-reasoned report and recommendation and having carefully considered Plaintiffs' objection **[DE 132]**, I hereby affirm and adopt the report and recommendation. Accordingly, it is hereby

     ORDERED AND ADJUDGED:

1.     The Report **[DE 131]** is AFFIRMED AND ADOPTED.

2.     Plaintiffs' Verified Motion for Attorneys' Fees, Costs and Expenses **[DE 121, 122]** is GRANTED IN PART.

3.     Plaintiffs' Bill of Costs **[DE 123]** is GRANTED.

4.     Judgment Against Defendants, for attorneys' fees in the amount of

$320,522.64, $13,637.50 in expert fees, $22,218.16 for litigation expenses,

and $8,074.00 pursuant to Plaintiffs' Bill of Costs, shall issue forthwith.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of March,

2010.

THE HONORABLE ALAN S. GOLD
UNITED STATES DISTRICT COURT JUDGE

cc:
Magistrate Judge Chris McAliley
All counsel of record